Exhibit B

EFiled:  Aug 21 2018 03:47PM EDT
Transaction ID 62369771
Case No. 2018-0606-SG



August 21, 2018

***By eFile Only***

Ms. Sheila Boyer
Register in Chancery
New Castle County Courthouse
500 North King Street
Wilmington, DE  19801

**Re:** ***Camarillo Holdings, LLC, et al. v. Amstel River Holdings, LLC, et al.***
**C.A. No. 2018-0606-SG**

Dear Ms. Boyer:

Please prepare the following summonses for service:

Please prepare summonses for service, pursuant to 6 *Del. C.* § 18-105, on defendants, Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River Investments LLC, CF Holdings GP LLC, CF Acquisitions Holdings LLC, Dartmoor Holdings, LLC, IC Holdings, LLC, Backpage.com, LLC, Website Technologies, LLC, Posting Solutions, LLC, and Postfaster, LLC at the following address:

> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE  19801

These defendants will be served by Brandywine Process Servers.

Ms. Sheila Boyer
Page 2 of 2
August 21, 2018

Respectfully submitted,

*/s/ Kathleen M. Miller*

Kathleen M. Miller (No. 2898)
kmiller@skjlaw.com

WORDS:  86



EFiled: Aug 22 2018 10:26AM EDT
EFiled: Aug 21 2018 03:47PM EDT
Transaction ID 62371679
Transaction ID 62369771
Case No. 2018-0606-SG
Case No. 2018-0606-SG



# SMITH KATZENSTEIN JENKINS LLP

August 21, 2018

**By eFile Only**

Ms. Sheila Boyer
Register in Chancery
New Castle County Courthouse
500 North King Street
Wilmington, DE  19801

8/22/18 - issued 11 Summons
to SPS (11 copies)

**Re:   *Camarillo Holdings, LLC, et al. v. Amstel River Holdings, LLC, et al.***
**C.A. No. 2018-0606-SG**

Dear Ms. Boyer:

Please prepare the following summonses for service:

Please prepare summonses for service, pursuant to 6 *Del. C.* § 18-105, on

defendants, Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River

Investments LLC, CF Holdings GP LLC, CF Acquisitions Holdings LLC,

Dartmoor Holdings, LLC, IC Holdings, LLC, Backpage.com, LLC, Website

Technologies, LLC, Posting Solutions, LLC, and Postfaster, LLC at the following

address:

> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE  19801

These defendants will be served by Brandywine Process Servers.

Ms. Sheila Boyer
Page 2 of 2
August 21, 2018

Respectfully submitted,

*/s/ Kathleen M. Miller*

Kathleen M. Miller (No. 2898)
kmiller@skjlaw.com

WORDS:  86

EFiled:  Aug 16 2018 05:52PM EDT
Transaction ID 62357551
Case No. 2018-0606-

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

CAMARILLO HOLDINGS, LLC,                )
LEEWARD HOLDINGS, LLC,                   )
MEDALIST HOLDINGS, INC.,                 )
CEREUS PROPERTIES, LLC,                  )
MICHAEL LACEY, JAMES                     )
LARKIN, SCOTT SPEAR,                     )
JOHN BRUNST, VERMILLION                  )
HOLDINGS, LLC, and                       )
SHEARWATER INVESTMENTS,                  )
LLC,                                     )
                                         )
                 Plaintiffs,             )          C.A. No. 2018-
                                         )
            v.                           )          **FILED UNDER SEAL**
                                         )
AMSTEL RIVER HOLDINGS,                   )
LLC, KICKAPOO RIVER                      )
INVESTMENTS LLC,                         )
LUPINE HOLDINGS LLC,                     )
ATLANTISCHE BEDRIJVEN,                   )
C.V., CF HOLDINGS GP LLC,                )
CF ACQUISITIONS LLC, UGC                 )
TECH GROUP, C.V., AD TECH                )
HOLDINGS GP BV, AD TECH                  )
COOPERATIEF U.A., AD TECH                )
BV, CARL FERRER, DARTMOOR                )
HOLDINGS, LLC, IC HOLDINGS,              )
LLC, BACKPAGE.COM, LLC,                  )
WEBSITE TECHNOLOGIES, LLC,               )
POSTING SOLUTIONS, LLC,                  )
POSTFASTER, LLC, CLASSIFIED              )
STRATEGIES COOPERATIEF                   )
U.A., PAYMENT SOLUTIONS,                 )
B.V., CLASSIFIED SOLUTIONS               )
LTD., and LES BACKPAGE                   )
ENTERPRISES INC.,                        )
                                         )
                 Defendants.             )
                                         )

THIS DOCUMENT IS A CONFIDENTIAL FILING.  ACCESS IS PROHIBITED
EXCEPT AS AUTHORIZED BY COURT ORDER.



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 2018-0606-SG <br> ) <br> ) SUMMONS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE STATE OF DELAWARE**

**TO:   SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:**

**YOU ARE COMMANDED:**

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:       August 22, 2018

_____
Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.   Amstel River Holdings, LLC
2.   Lupine Holdings, LLC
3.   Kickapoo River Investments LLC
4.   CF Holdings GP LLC
5.   CF Acquisitions Holdings LLC
6.   Dartmoor Holdings, LLC
7.   IC Holdings, LLC
8.   Backpage.com, LLC
9.   Website Technologies, LLC
10.  Posting Solutions, LLC
11.  Postfaster, LLC

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney



**EFiled: Aug 24 2018 11:21AM EDT**
**Transaction ID 62380056**
**Case No. 2018-0606-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | ) ) ) ) C.A. No. 2018-0606-SG |
| Plaintiffs, | ) ) SUMMONS |
| v. | ) ) ) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## THE STATE OF DELAWARE

## TO: SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

## YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

## TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:     August 22, 2018

Register in Chancery

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.  Amstel River Holdings, LLC
2.  Lupine Holdings, LLC
3.  Kickapoo River Investments LLC
4.  CF Holdings GP LLC
5.  CF Acquisitions Holdings LLC
6.  Dartmoor Holdings, LLC
7.  IC Holdings, LLC
8.  Backpage.com, LLC
9.  Website Technologies, LLC
10. Posting Solutions, LLC
11. Postfaster, LLC

   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**      2018-0606-SG

**SERVED:**      AMSTEL RIVER HOLDINGS, LLC

**DOCUMENT:**

SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**      C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**      8/23/18

## MANNER OF SERVICE

☒      **PERSONAL:**      ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐      **SUBSTITUTE:**

☐      **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC
DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Comm... 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*



**EFiled: Aug 24 2018 11:21AM EDT**
**Transaction ID 62380056**
**Case No. 2018-0606-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | )<br>)<br>)<br>)  C.A. No. 2018-0606-SG<br>) |
| Plaintiffs, | )  SUMMONS<br>) |
| v. | )<br>) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## THE STATE OF DELAWARE

## TO:   SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

### YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:      August 22, 2018

_Karli Johson_

Register in Chancery

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1. Amstel River Holdings, LLC
2. Lupine Holdings, LLC
3. Kickapoo River Investments LLC
4. CF Holdings GP LLC
5. CF Acquisitions Holdings LLC
6. Dartmoor Holdings, LLC
7. IC Holdings, LLC
8. Backpage.com, LLC
9. Website Technologies, LLC
10. Posting Solutions, LLC
11. Postfaster, LLC

       The Corporation Trust Company
       Corporation Trust Center
       1209 Orange Street
       Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**      2018-0606-SG

**SERVED:**      BACKPAGE.COM, LLC

**DOCUMENT:**

SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**      C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**      8/23/18

## MANNER OF SERVICE

☒   **PERSONAL:**      ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐   **SUBSTITUTE:**

☐   **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC
DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*



**EFiled: Aug 24 2018 11:21AM EDT**
**Transaction ID 62380056**
**Case No. 2018-0606-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, ) ) ) ) | C.A. No. 2018-0606-SG |
| Plaintiffs, ) | SUMMONS |
| v. ) | |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUISITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## THE STATE OF DELAWARE

### TO: SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

### YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:      August 22, 2018

_____
Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS
PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST,
VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC,
ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH
GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL
FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE
TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES
COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and
LES BACKPAGE ENTERPRISES, INC.,

Defendants.

**SUMMONS**

Please effectuate service upon:

1.    Amstel River Holdings, LLC
2.    Lupine Holdings, LLC
3.    Kickapoo River Investments LLC
4.    CF Holdings GP LLC
5.    CF Acquisitions Holdings LLC
6.    Dartmoor Holdings, LLC
7.    IC Holdings, LLC
8.    Backpage.com, LLC
9.    Website Technologies, LLC
10.   Posting Solutions, LLC
11.   Postfaster, LLC

        The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**       2018-0606-SG

**SERVED:**        CF ACQUISITIONS LLC

**DOCUMENT:**

              SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**       C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**          8/23/18

## MANNER OF SERVICE

☒  **PERSONAL:**      ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐  **SUBSTITUTE:**

☐  **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Co.                    2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*



EFiled: Aug 24 2018 11:21AM EDT
Transaction ID 62380056
Case No. 2018-0606-SG

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | ) ) ) ) C.A. No. 2018-0606-SG |
| Plaintiffs, | ) ) SUMMONS |
| v. | ) ) ) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## THE STATE OF DELAWARE

## TO: SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

## YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

## TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:     August 22, 2018

Register in Chancery

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.    Amstel River Holdings, LLC
2.    Lupine Holdings, LLC
3.    Kickapoo River Investments LLC
4.    CF Holdings GP LLC
5.    CF Acquisitions Holdings LLC
6.    Dartmoor Holdings, LLC
7.    IC Holdings, LLC
8.    Backpage.com, LLC
9.    Website Technologies, LLC
10.   Posting Solutions, LLC
11.   Postfaster, LLC

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**     2018-0606-SG

**SERVED:**      DARTMOOR HOLDINGS, LLC

**DOCUMENT:**

                SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**     C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**        8/23/18

## MANNER OF SERVICE

☒   **PERSONAL:**     ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐   **SUBSTITUTE:**

☐   **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC  MORRIS ANGELO BRITT
               NOTARY PUBLIC
               STATE OF DELAWARE
               My Commission Expires May 1, 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*



## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, )))))  | C.A. No. 2018-0606-SG |
| Plaintiffs, )) | SUMMONS |
| v. ))) | |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., )))))))))))) | |
| Defendants. ) | |

### THE STATE OF DELAWARE

### TO: SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

### YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

### TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:        August 22, 2018

Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.  Amstel River Holdings, LLC
2.  Lupine Holdings, LLC
3.  Kickapoo River Investments LLC
4.  CF Holdings GP LLC
5.  CF Acquisitions Holdings LLC
6.  Dartmoor Holdings, LLC
7.  IC Holdings, LLC
8.  Backpage.com, LLC
9.  Website Technologies, LLC
10. Posting Solutions, LLC
11. Postfaster, LLC

> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER --
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| **CASE NO:** | 2018-0606-SG |
| **SERVED:** | IC HOLDINGS, LLC |
| **DOCUMENT:** | |
| | SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS |
| **ADDRESS:** | C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 |
| **DATE:** | 8/23/18 |

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC
ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1  2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*



**EFiled: Aug 24 2018 11:21AM EDT**
**Transaction ID 62380056**
**Case No. 2018-0606-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | ) ) ) ) C.A. No. 2018-0606-SG |
| | ) |
| Plaintiffs, | ) SUMMONS |
| | ) |
| v. | ) |
| | ) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## THE STATE OF DELAWARE

### TO:   SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

### YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:       August 22, 2018

Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.   Amstel River Holdings, LLC
2.   Lupine Holdings, LLC
3.   Kickapoo River Investments LLC
4.   CF Holdings GP LLC
5.   CF Acquisitions Holdings LLC
6.   Dartmoor Holdings, LLC
7.   IC Holdings, LLC
8.   Backpage.com, LLC
9.   Website Technologies, LLC
10.  Posting Solutions, LLC
11.  Postfaster, LLC

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**          2018-0606-SG

**SERVED:**          KICKAPOO RIVER INVESTMENTS, LLC

**DOCUMENT:**

          SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**          C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**          8/23/18

## MANNER OF SERVICE

☒     **PERSONAL:**          ACCEPTED BY:     AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐     **SUBSTITUTE:**

☐     **NO SERVICE:**

_____

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

_____

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Comm... ... ... ... 1 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*



EFiled: Aug 24 2018 11:21AM EDT
Transaction ID 62380056
Case No. 2018-0606-SG

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | ) ) ) ) C.A. No. 2018-0606-SG |
| | ) |
| Plaintiffs, | ) SUMMONS |
| | ) |
| v. | ) ) |
| | ) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## THE STATE OF DELAWARE

## TO:   SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

## YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

## TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:      August 22, 2018

_Karen Johnson_

Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.  Amstel River Holdings, LLC
2.  Lupine Holdings, LLC
3.  Kickapoo River Investments LLC
4.  CF Holdings GP LLC
5.  CF Acquisitions Holdings LLC
6.  Dartmoor Holdings, LLC
7.  IC Holdings, LLC
8.  Backpage.com, LLC
9.  Website Technologies, LLC
10. Posting Solutions, LLC
11. Postfaster, LLC

       The Corporation Trust Company
       Corporation Trust Center
       1209 Orange Street
       Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**    2018-0606-SG

**SERVED:**    LUPINE HOLDINGS LLC

**DOCUMENT:**

SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**    C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**    8/23/18

## MANNER OF SERVICE

☒    **PERSONAL:**    ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐    **SUBSTITUTE:**

☐    **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires: May 1, 2022

*BRANDYWINE PROCESS SERVERS, LTD   PO BOX 1360   WILMINGTON, DE 19899*



**EFiled: Aug 24 2018 11:21AM EDT**
**Transaction ID 62380056**
**Case No. 2018-0606-SG**

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | ) ) ) ) C.A. No. 2018-0606-SG |
| | ) |
| Plaintiffs, | ) SUMMONS |
| | ) |
| v. | ) ) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## THE STATE OF DELAWARE

### TO:  SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

### YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:        August 22, 2018

Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.    Amstel River Holdings, LLC
2.    Lupine Holdings, LLC
3.    Kickapoo River Investments LLC
4.    CF Holdings GP LLC
5.    CF Acquisitions Holdings LLC
6.    Dartmoor Holdings, LLC
7.    IC Holdings, LLC
8.    Backpage.com, LLC
9.    Website Technologies, LLC
10.   Posting Solutions, LLC
11.   Postfaster, LLC

        The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

### IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**        2018-0606-SG

**SERVED:**        POSTING SOLUTIONS, LLC

**DOCUMENT:**

                   SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**        C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**        8/23/18

## MANNER OF SERVICE

☒   **PERSONAL:**        ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐   **SUBSTITUTE:**

☐   **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON    8/23/18

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE
My C
                        ui co May 1, 2022

*BRANDYWINE PROCESS SERVERS, LTD PO BOX 1360 WILMINGTON, DE 19899*



EFiled: Aug 24 2018 11:21AM EDT
Transaction ID 62380056
Case No. 2018-0606-SG

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | ) ) ) ) C.A. No. 2018-0606-SG |
| Plaintiffs, | ) ) SUMMONS |
| v. | ) ) ) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## THE STATE OF DELAWARE

## TO:   SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

## YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

## TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated:      August 22, 2018

Register in Chancery

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.   Amstel River Holdings, LLC
2.   Lupine Holdings, LLC
3.   Kickapoo River Investments LLC
4.   CF Holdings GP LLC
5.   CF Acquisitions Holdings LLC
6.   Dartmoor Holdings, LLC
7.   IC Holdings, LLC
8.   Backpage.com, LLC
9.   Website Technologies, LLC
10.  Posting Solutions, LLC
11.  Postfaster, LLC

        The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:** 2018-0606-SG

**SERVED:** WEBSITE TECHNOLOGIES, LLC

**DOCUMENT:**

SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:** C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:** 8/23/18

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON 8/23/18

NOTARY PUBLIC
DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires ... 2022

*BRANDYWINE PROCESS SERVERS, LTD PO BOX 1360 WILMINGTON, DE 19899*

EFiled: Aug 24 2018 11:21AM EDT
Transaction ID 62380056
Case No. 2018-0606-SG



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, | )<br>)<br>)<br>) C.A. No. 2018-0606-SG<br>) |
| Plaintiffs, | ) SUMMONS<br>) |
| v. | )<br>) |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## THE STATE OF DELAWARE

## TO: SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:

## YOU ARE COMMANDED:

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: August 22, 2018

Register in Chancery

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS
PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST,
VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC,
ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH
GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL
FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE
TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES
COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and
LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.  Amstel River Holdings, LLC
2.  Lupine Holdings, LLC
3.  Kickapoo River Investments LLC
4.  CF Holdings GP LLC
5.  CF Acquisitions Holdings LLC
6.  Dartmoor Holdings, LLC
7.  IC Holdings, LLC
8.  Backpage.com, LLC
9.  Website Technologies, LLC
10. Posting Solutions, LLC
11. Postfaster, LLC

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:** 2018-0606-SG

**SERVED:** POSTFASTER, LLC

**DOCUMENT:**

SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:** C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:** 8/23/18

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON 8/23/18

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My C

*BRANDYWINE PROCESS SERVERS, LTD PO BOX 1360 WILMINGTON, DE 19899*



EFiled: Aug 24 2018 11:21AM EDT
Transaction ID 62380056
Case No. 2018-0606-SG

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, Plaintiffs, | C.A. No. 2018-0606-SG |
| v. | SUMMONS |
| AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC., Defendants. | |

**THE STATE OF DELAWARE**

**TO: SPECIAL PROCESS SERVERS – Brandywine Process Servers, Ltd.:**

**YOU ARE COMMANDED:**

To summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon Kathleen M. Miller, Esquire, Plaintiff's counsel, whose address is Smith Katzenstein & Jenkins LLP, Brandywine Building, 1000 West Street, Suite 1501, P.O. Box 410, Wilmington, Delaware 19899-0410, an answer to the verified complaint.

To serve upon defendants a copy hereof and of the complaint.

TO THE ABOVE NAMED DEFENDANTS:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: August 22, 2018

Karla Johnson
Register in Chancery

C.A. # 2018-0606-SG

CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC,

Plaintiffs,

v.

AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUSITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES, INC.,

Defendants.

## SUMMONS

Please effectuate service upon:

1.  Amstel River Holdings, LLC
2.  Lupine Holdings, LLC
3.  Kickapoo River Investments LLC
4.  CF Holdings GP LLC
5.  CF Acquisitions Holdings LLC
6.  Dartmoor Holdings, LLC
7.  IC Holdings, LLC
8.  Backpage.com, LLC
9.  Website Technologies, LLC
10.  Posting Solutions, LLC
11.  Postfaster, LLC

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Pursuant to 6 Del.C. Sec. 18-105

SERVICE TO BE COMPLETED BY SPECIAL PROCESS SERVER –
Brandywine Process Servers, Ltd.

Kathleen M. Miller, Esquire
Plaintiff's Attorney

# *RETURN OF SERVICE*

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

**CASE NO:**       2018-0606-SG

**SERVED:**       CF HOLDINGS GP LLC

**DOCUMENT:**

SUMMONS; COMPLAINT (FILED UNDER SEAL) WITH EXHIBITS

**ADDRESS:**       C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801

**DATE:**       8/23/18

## MANNER OF SERVICE

☒       **PERSONAL:**       ACCEPTED BY:   AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT)

☐       **SUBSTITUTE:**

☐       **NO SERVICE:**

KEVIN S. DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   8/23/18

NOTARY PUBLIC
DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*