**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, LEEWARD HOLDINGS, LLC, MEDALIST HOLDINGS, INC., CEREUS PROPERTIES, LLC, MICHAEL LACEY, JAMES LARKIN, SCOTT SPEAR, JOHN BRUNST, VERMILLION HOLDINGS, LLC, and SHEARWATER INVESTMENTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMSTEL RIVER HOLDINGS, LLC, KICKAPOO RIVER INVESTMENTS LLC, LUPINE HOLDINGS LLC, ATLANTISCHE BEDRIJVEN, C.V., CF HOLDINGS GP LLC, CF ACQUISITIONS LLC, UGC TECH GROUP, C.V., AD TECH HOLDINGS GP BV, AD TECH COOPERATIEF U.A., AD TECH BV, CARL FERRER, DARTMOOR HOLDINGS, LLC, IC HOLDINGS, LLC, BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS, LLC, POSTFASTER, LLC, CLASSIFIED STRATEGIES COOPERATIEF U.A., PAYMENT SOLUTIONS, B.V., CLASSIFIED SOLUTIONS LTD., and LES BACKPAGE ENTERPRISES INC., <br><br> Defendants. | C.A. No._____ |

**DEFENDANTS AMSTEL RIVER HOLDINGS, LLC, BACKPAGE.COM, LLC, AND WEBSITE TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Backpage.com, LLC, Amstel River Holdings, LLC and Website Technologies, LLC ("Defendant") state that they

are nongovernmental corporate parties and are each a limited liability company organized under the laws of Delaware.

Defendant Amstel River Holdings, LLC ("Amstel") is owned by the Vicky Ferrer Family Trust.  No publicly traded corporation owns 10% or more of Amstel's equity.

Defendant Backpage.com, LLC ("Backpage") is owned by IC Holdings, LLC.  No publicly traded corporation owns 10% or more of Backpage's equity.

Defendant Website Technologies, LLC ("Website Tech") is owned by Dartmoor Holdings, LLC.  No publicly traded corporation owns 10% or more of Website Tech's equity.

| | |
|---|---|
| Dated:  September 19, 2018 | **CHIPMAN BROWN CICERO & COLE, LLP** |
| OF COUNSEL |  */s/ Paul D. Brown*<br>Paul D. Brown (No. 3903) |
| Mark A. Castillo<br>Curtis \| Castillo PC<br>901 Main St., Ste. 6515<br>Dallas, TX 75202<br>Telephone: 214.752.2222<br>Fax: 214.752.0709<br>Email: mcastillo@curtislaw.net | Joseph B. Cicero (No. 4388)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE  19801<br><br>*Attorneys for Defendants Carl Ferrer, Backpage.com, LLC, Amstel River Holdings, LLC, and Website Technologies, LLC* |