# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAMARILLO HOLDINGS, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 18-cv-01456-UNA |
| AMSTEL RIVER HOLDINGS, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs, pursuant to 28 U.S.C. 1447, request that this matter be remanded to the Delaware Court of Chancery where Plaintiffs had filed their summary proceeding for advancement under state law. As more fully set forth in Plaintiffs' Opening Brief in support of their Motion to Remand, filed contemporaneously herewith, remand is appropriate here because (1) Plaintiffs' complaint does not raise a federal question (which is the basis upon which Defendants filed the Notice of Removal), and (2) Defendants waived their right to seek removal (all but one, expressly) in the forum selection clauses of the controlling agreements.

1

| | |
|---|---|
| September 21, 2018 | SMITH, KATZENSTEIN & JENKINS LLP |
| | */s/ Kathleen M. Miller* |
| | Kathleen M. Miller (No. 2898) |
| | Robert K. Beste (No. 3931) |
| | 1000 West Street, Suite 1501 |
| | Wilmington, DE 19801 |
| | (302) 652-8400 |
| | kmiller@skjlaw.com |
| | rkb@skjlaw.com |
| | |
| | *Attorneys for Plaintiffs* |