# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAMARILLO HOLDINGS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMSTEL RIVER HOLDINGS, LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 18-cv-01456-UNA ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiffs hereby state that Plaintiff entities are Medalist Holdings, Inc. and its wholly owned subsidiaries and there is no publicly held corporation owning 10% or more of Medalist's equity.

September 21, 2018

SMITH, KATZENSTEIN & JENKINS LLP
*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
Robert K. Beste (No. 3931)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
kmiller@skjlaw.com
rkb@skjlaw.com

*Attorneys for Plaintiffs*