OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 9, 2018

Court of Chancery
New Castle County Courthouse
500 North King Street, Suite 1551
Wilmington, DE 19801

RE:   D. DEL. Case No. 18-1456-LPS
**Camarillo Holdings et al. v. Amstel River Holdings et al.**

Dear Clerk:

Pursuant to the Order of Remand dated October 23, 2018 remanding the above case to your Court, enclosed please find the following items:

(X)   Certified copy of the USDC docket sheet
(X)   Certified copy of the Order of Remand

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,
John A. Cerino, Clerk of Court

By: _____
Deputy Clerk

Encs.